RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

ROBERT D. MULLANEY (Cal. Bar No. 116441)
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel:   (415) 744-6491
Fax:  (415) 744-6476
E-mail:  Robert.Mullaney@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 3-08-CV-03968 JL |
| v. | NOTICE OF LAWSUIT AND REQUEST TO WAIVE SERVICE OF SUMMONS |
| BRADLEY MINING COMPANY, and FREDERICK BRADLEY, as Trustee of the Worthen Bradley Family Trust, | |
| Defendants. | |

To: FREDERICK BRADLEY, on behalf of BRADLEY MINING COMPANY and the WORTHEN BRADLEY FAMILY TRUST

**Why are you getting this?**

A lawsuit has been filed against you, or the entities that you represent, in this court under the number shown above. A copy of the complaint is attached.

This is not a summons, or an official notice from the court. It is a request that, to avoid expenses, you waive formal service of a summons by signing and returning the enclosed waiver. To avoid these expenses, you must return the signed waiver within 30 days from the date shown below, which is the date this notice was sent. Two copies of the waiver form are enclosed, along with a stamped, self-addressed envelope for returning one copy. You may keep the other copy.

**What happens next?**

If you return the signed waiver, I will file it with the court. The action will then proceed as if you had been served on the date that the waiver is filed, but no summons will be served on you and you will have 60 days from the date this notice is sent (see the date below) to answer the complaint.

If you do not return the signed waiver within the time indicated, I will arrange to have the summons and complaint served on you, and I will ask the court to require you, or the entities you represent, to pay the expenses of making service.

Please read the enclosed statement about the duty to avoid unnecessary expenses.

I certify that this request is being sent to you on the date below.

Date: August 20, 2008

ROBERT D. MULLANEY
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice

1  OF COUNSEL:
2  LARRY BRADFISH
   Assistant Regional Counsel
3  U.S. EPA, Region 9
   75 Hawthorne Street
4  San Francisco, CA 94105
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1 | RONALD J. TENPAS
Assistant Attorney General
2 | Environment and Natural Resources Division
U.S. Department of Justice
3
ROBERT D. MULLANEY (Cal. Bar No. 116441)
4 | Trial Attorney
Environmental Enforcement Section
5 | U.S. Department of Justice
301 Howard Street, Suite 1050
6 | San Francisco, CA 94105
Tel:   (415) 744-6491
7 | Fax:   (415) 744-6476
E-mail:  Robert.Mullaney@usdoj.gov
8
9 | Attorneys for Plaintiff United States of America

10

11 | UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
12 | SAN FRANCISCO DIVISION

13

14 | UNITED STATES OF AMERICA,  )
15 |                  Plaintiff,              )     Case No. 3-08-CV-03968 JL
16 |         v.                                  )     WAIVER OF SERVICE
                                              )     OF SUMMONS
17 | BRADLEY MINING COMPANY, )
and FREDERICK BRADLEY, as )
18 | Trustee of the Worthen Bradley )
Family Trust,                          )
19 |                                              )
                 Defendants.          )
20 | _____ )

21
22
23
24
25
26
27
28

To: Robert Mullaney, trial attorney for the United States of America

I have received your request to waive service of a summons in this action along with a copy of the complaint, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entities that I represent, Bradley Mining Company and the Worthen Bradley Family Trust, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entities that I represent, Bradley Mining Company and the Worthen Bradley Family Trust, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the absence of a summons or of service.

I also understand that I, or the entities that I represent, Bradley Mining Company and the Worthen Bradley Family Trust, must file and serve an answer or a motion under Rule 12 within 60 days from August 20, 2008, the date when this request was sent. If I fail to do so, a default judgment will be entered against me or the entities that I represent.

Date: _____      _____

FREDERICK BRADLEY, Trustee
Worthen Bradley Family Trust


Date: _____      _____

FREDERICK BRADLEY
President
Bradley Mining Company

**Duty to Avoid Unnecessary Expenses of Serving a Summons**

Rule 4 of the Federal Rules of Civil Procedure requires certain defendants to cooperate in saving unnecessary expenses of serving a summons and complaint. A defendant who is located in the United States and who fails to return a signed waiver of service requested by a plaintiff located in the United States will be required to pay the expenses of service, unless the defendant shows good cause for the failure.

"Good cause" does *not* include a belief that the lawsuit is groundless, or that it has been brought in an improper venue, or that the court has no jurisdiction over this matter or over the defendant or the defendant's property.

If this waiver is signed and returned, you can still make these and other defenses and objections, but you cannot object to the absence of a summons or of service.

If you waive service, then you must, within the time specified on the waiver form, serve an answer or a motion under Rule 12 on the plaintiff and file a copy with the court. By signing and returning the waiver form, you are allowed more time to respond than if a summons had been served.

```
 1  RONALD J. TENPAS
    Assistant Attorney General
 2  Environment and Natural Resources Division
    U.S. Department of Justice
 3
    ROBERT D. MULLANEY (Cal. Bar No. 116441)
 4  Trial Attorney
    Environmental Enforcement Section
 5  U.S. Department of Justice
    301 Howard Street, Suite 1050
 6  San Francisco, CA 94105
    Tel:   (415) 744-6491
 7  Fax:   (415) 744-6476
    E-mail: Robert.Mullaney@usdoj.gov
 8
 9  Attorneys for Plaintiff United States of America
10
11              UNITED STATES DISTRICT COURT
              NORTHERN DISTRICT OF CALIFORNIA
12                 SAN FRANCISCO DIVISION
13
14  UNITED STATES OF AMERICA,       )
                                    )
15              Plaintiff,          )    Case No. 3-08-CV-03968 JL
                                    )
16       v.                         )    CERTIFICATE OF
                                    )    SERVICE BY MAIL
17  BRADLEY MINING COMPANY,         )
    and FREDERICK BRADLEY, as       )
18  Trustee of the Worthen Bradley  )
    Family Trust,                   )
19                                  )
                Defendants.         )
20  _____)
21
22
23
24
25
26
27
28
```

CERTIFICATE OF SERVICE BY MAIL

I, Tammie Sera, hereby certify and declare:

1. I am over the age of 18 years and am not a party to this case.

2. My business address is 301 Howard Street, Suite 1050, San Francisco, California 94105.

3. I am familiar with my employer's mail collection and processing practices; know that the mail is collected and deposited with the United States Postal Service on the same day it is deposited in interoffice mail; and know that postage thereon is fully prepaid.

4. Following this practice, on August 20, 2008, I served a true copy of the foregoing, attached document(s) entitled:

Notice of Lawsuit and Request to Waive Service of Summons
Complaint for Cost Recovery
Waiver of Service of Summons
ECF Registration Information Handout
Order Setting Initial Case Management Conference and ADR Deadlines
Notice of Assignment of Case to a United States Magistrate Judge for Trial

by placing it in an addressed sealed envelope with postage fully prepaid, and depositing it in regularly maintained interoffice mail to the following:

Jon K. Wactor, Esq.
Wactor & Wick
180 Grand Avenue, Suite 950
Oakland, CA 94612

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on August 20, 2008, at San Francisco, California.

_____
TAMMIE SERA