**UNITED STATES DISTRICT COURT**
**Northern District of California**
**450 Golden Gate Avenue**
**San Francisco, California 94102**

www.cand.uscourts.gov

Richard W. Wieking  
Clerk

General Court Number  
415.522.2000

**August 22, 2008**

**CASE NUMBER:  CV 08-03968 JL**
**CASE TITLE:  USA-v-BRADLEY MINING COMPANY**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Francisco** division.

**Honorable Thelton E. Henderson** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **TEH** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/22/08

FOR THE EXECUTIVE COMMITTEE:

_____
Clerk *(signed: Richard W. Wieking)*


NEW CASE FILE CLERK:

Copies to: Courtroom Deputies              Special Projects
Log Book Noted                              Entered in Computer 8/22/08 ha


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                    Transferor CSA