RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

ROBERT D. MULLANEY (Cal. Bar No. 116441)
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel:   (415) 744-6491
Fax:   (415) 744-6476
E-mail:  Robert.Mullaney@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3-08-CV-03968 TEH |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE BY MAIL |
| BRADLEY MINING COMPANY, and FREDERICK BRADLEY, as Trustee of the Worthen Bradley Family Trust, | |
| Defendants. | |

CERTIFICATE OF SERVICE BY MAIL

I, Tammie Sera, hereby certify and declare:

1. I am over the age of 18 years and am not a party to this case.

2. My business address is 301 Howard Street, Suite 1050, San Francisco, California 94105.

3. I am familiar with my employer's mail collection and processing practices; know that the mail is collected and deposited with the United States Postal Service on the same day it is deposited in interoffice mail; and know that postage thereon is fully prepaid.

4. Following this practice, on August 27, 2008, I served a true copy of the foregoing, attached document(s) entitled:

Standing Order for the Honorable Thelton E. Henderson

by placing it in an addressed sealed envelope with postage fully prepaid, and depositing it in regularly maintained interoffice mail to the following:

Jon K. Wactor, Esq.
Wactor & Wick
180 Grand Avenue, Suite 950
Oakland, CA  94612

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2008, at San Francisco, California.

_____
TAMMIE SERA