RONALD J. TENPAS
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

ROBERT D. MULLANEY (Cal. Bar No. 116441)
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel:  (415) 744-6491
Fax:  (415) 744-6476
E-mail: Robert.Mullaney@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> Plaintiff, <br> v. <br> BRADLEY MINING COMPANY, and FREDERICK BRADLEY, as Trustee of the Worthen Bradley Family Trust, <br> Defendants. | Case No. 3-08-CV-03968 THE <br><br> STIPULATION FOR STAY AND CONTINUANCE OF INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER |

IT IS HEREBY STIPULATED by Plaintiff, the United States of America, on the one hand, and Defendants, Bradley Mining Company and Frederick Bradley, as Trustee of the Worthen Bradley Family Trust, on the other hand, that: (1) the Initial Case Management Conference, which is currently set for 1:30 p.m. on December 1, 2008, be continued until 1:30 p.m. on April 20, 2009, or a date thereafter that is set by the Court; (2) all proceedings in this matter, with the exception of (a) Defendants' filing of an amended Answer and counterclaims, and (b) mediation-related proceedings, be stayed until the continued Initial Case Management Conference; (3) Defendants' amended Answer and counterclaims shall be filed by November 21, 2008; and (4) the United States' response to the counterclaims is not due until June 19, 2009, 60 days after the continued Initial Case Management Conference.

The parties recognize that Initial Case Management Conferences are not routinely continued by the Court. The parties respectfully submit that good cause exists for continuing the Initial Case Management Conference in this matter as follows:

1. In a Stipulation filed with this Court on October 24, 2008, Plaintiff and Defendants in this case agreed to participate in mediation in an attempt to settle this matter before any further litigation is required.

2. In an Order dated October 27, 2008, the Court referred this case to mediation and set a deadline for the mediation session to take place within 120 days from the date of the Order.

3. In a notice dated October 30, 2008, the Court informed the parties that the mediator assigned to this case is Martin Quinn, Esq., of JAMS.

4. The case manager for JAMS has contacted the parties and set a preliminary conference call for the mediator, Mr. Quinn, to discuss the case with counsel on December 4, 2008.

5. Without the proposed continuance until April 20, 2009, the parties

would have to expend substantial resources to comply with Fed. R. Civ. P. 16(b) and 26 in preparation for the Initial Case Management Conference with the Court. Such expenditures may prove unnecessary if the mediation is successful. The continuance requested herein would also provide the parties with time to prepare for mediation and to participate in it before the parties would need to engage in initial disclosures pursuant to Fed. R. Civ. P. 16(b) and 26.

6. Resolution of the United States' claims and Defendants' counterclaims through mediation would serve to reduce litigation expenses for the parties and would also preserve the Court's resources.

The parties agree that they will provide a joint report to the Court on case status, prospects of settlement, and case management scheduling, if needed, by March 20, 2009. The parties have submitted a proposed Order concurrently with this Stipulation.

I attest that concurrence in the filing of this Stipulation has been obtained from Mr. Wactor.

Dated: November 12, 2008         /s/ Robert D. Mullaney

Robert D. Mullaney
Trial Attorney
Environmental Enforcement Section
Environment and Natural Resources
 Division
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6491
Fax: (415) 744-6476
Attorneys for Plaintiff United States of America

| | | |
|---|---|---|
| 1 | Dated: November 12, 2008 | /s/ Jon Wactor |
| 2 | | Jon Wactor |
| | | Wactor & Wick LLP |
| 3 | | 180 Grand Avenue, Suite 950 |
| | | Oakland, California  94612 |
| 4 | | Tel:  (510) 465-5750 |
| | | Fax:  (510) 465-5697 |
| 5 | | Attorneys for Defendants Bradley Mining |
| | | Company and Frederick Bradley, Trustee |
| 6 | | for the Worthen Bradley Family Trust |

**[PROPOSED] ORDER**

GOOD CAUSE APPEARING, IT IS ORDERED that:

(1) all proceedings in this matter, with the exception of (a) Defendants' filing of an amended Answer and counterclaims, and (b) mediation-related proceedings, shall be stayed until the continued Initial Case Management Conference;

(2) the Initial Case Management Conference, which is currently set for 1:30 p.m. on December 1, 2008, shall be continued until 1:30 p.m. on April 20, 2009, or a date thereafter that is set by the Court;

(3) Defendants shall file an amended Answer and counterclaims by November 21, 2008;

(4) the United States' response to the counterclaims is not due until June 19, 2009, 60 days after the continued Initial Case Management Conference; and

(5) the parties shall provide a joint report to the Court on case status, prospects of settlement, and case management scheduling, if needed, by March 20, 2009.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  11/14/08

_____
THELTON E. HENDERSON JUDGE
UNITED STATES DISTRICT COURT

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA; signature stamp: Judge Thelton E. Henderson]*