JON K. WACTOR (State Bar No. 141566)
PETER TON (State Bar. No. 232226)
WACTOR & WICK LLP
180 Grand Avenue, Suite 950
Oakland CA 94612-3572
Telephone: (510) 465-5750
Facsimile: (510) 465-5697

Attorneys for Defendants Bradley Mining Company and Frederick W. Bradley, in his representative capacity as Trustee of the Worthen Bradley Family Trust

UNITED STATES DISTRICT COURT OF CALIFORNIA

NORTHERN DISTRICT

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>BRADLEY MINING COMPANY, and FREDERICK W. BRADLEY, in his representative capacity as Trustee of the Worthen Bradley Family Trust,<br><br>  Defendants. | Case No. CV-08-3968<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE HEARING ON MOTION FOR SUMMARY JUDGMENT OF DEFENDANT TRUSTEE FREDERICK W. BRADLEY**<br><br>Date: June 7, 2010<br>Time: 10 a.m.<br>Courtroom: 12<br>Judge: Thelton E. Henderson<br><br>Action Filed: August 19, 2008 |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

As provided in the proposed Order below, Plaintiff United States of America ("Plaintiff"), Defendant Bradley Mining Company ("BMCo"), and Defendant Frederick W. Bradley in his representative capacity of the Worthen Bradley Family Trust ("Trustee") (collectively "the Parties") jointly stipulate that:

1. Defendant Trustee requests a Continuance of the hearing for his Motion for Summary Judgment which is currently set for May 3, 2010 at 10:00 a.m., in Courtroom 12, to June 7, 2010 at 10 a.m. so that the Parties may conclude settlement negotiations.

2. The Continuance of the hearing on the Motion for Summary Judgment does not affect the scheduled Case Management Conference currently set for 1:30 p.m. on May 3, 2010.

IT IS SO STIPULATED.

I attest that concurrence in the filing of this stipulation and [proposed] order has been obtained from Mr. Robert D. Mullaney, the attorney for Plaintiff United States of America.

Dated: April 2, 2010          /s/ Robert D. Mullaney

ROBERT D. MULLANEY
Environmental Enforcement Section
U.S. Department of Justice
Attorneys for Plaintiff United States of America

Dated: April 2, 2010          /s/ Jon K. Wactor

JON K. WACTOR
Wactor & Wick LLP
Attorneys for Defendants Bradley Mining Company and Frederick Bradley, as Trustee of the Worthen Bradley Family Trust

# [~~PROPOSED~~] ORDER

ON STIPULATION OF ALL PARTIES AND GOOD CAUSE APPEARING THEREFORE, it is hereby ORDERED:

1. The Hearing set for May 3, 2010 on Defendant Trustee's Motion for Summary Judgment is continued to June 7, 2010 at 10:00 a.m.

2. The Case Management Conference, which is currently set for 1:30 p.m. on May 3, 2010, remains on the Court's calendar.

IT IS SO ORDERED.

Date: 04/05/10

Hon. Thelton E. Henderson
U.S. District Court Judge

*[Signature and seal: Judge Thelton E. Henderson, United States District Court, Northern District of California]*