JOHN C. CRUDEN
Acting Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

ROBERT D. MULLANEY (Cal. Bar No. 116441)
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel:  (415) 744-6491
Fax:  (415) 744-6476
E-mail:  Robert.Mullaney@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BRADLEY MINING COMPANY, et al.,<br><br>　　　　　　Defendants. | Case No. 3:08-CV-03968 TEH<br><br>JOINT STIPULATION AND<br>[~~PROPOSED~~] ORDER |

On January 4, 2010, Plaintiff United States and Defendants Bradley Mining Company ("Bradley Mining") and Frederick Bradley, as Trustee of the Worthen Bradley Family Trust ("Bradley Trust"), filed separate status reports with the Court. Docket Nos. 40, 41. On January 25, 2010, the parties filed a Joint Case Management Statement presenting their positions on the conduct of discovery and other matters related to trial of this case. Docket No. 43. On February 1, 2010, Plaintiff United States and Defendants appeared before the Court for a case management conference. The Court issued an Order dated February 4, 2010, regarding matters raised at the February 1, 2010 case management conference. Docket No. 45. The Court's Order stated, in pertinent part, that:

(1) unless the transfer of land from the Bradley Trust to the Elem Tribe was fully completed within 90 days (i.e., May 5, 2010), Plaintiff was required to file a motion to join the Elem Tribe as a necessary party by May 24, 2010;

(2) the Order was without prejudice to the filing by Defendants of a motion to enforce an agreement, or any other relief they deem appropriate; and

(3) the case was set for a further case management conference on May 3, 2010, with a joint case management conference statement to be filed by April 26, 2010.

The parties have come to agreement but not yet finalized the general terms of a settlement. In its January 2010 status report, the United States described four open issues it was negotiating with Defendants: the extent of land transfers from the Bradley Trust to the Elem Tribe and United States, the terms of the release provided by the United States to the Defendants, the division of insurance proceeds between the United States and Bradley Mining, and the division of Bradley Mining's annual net income between the United States and Bradley Mining. Docket No. 40 at 4. The general terms of settlement recently reached by the parties are summarized as follows:

(1) Land transfers: The United States, Bradley Mining, the Bradley Trust, and the Elem Tribe are in agreement on the transfer of parcels as part of the settlement. The parties still need to set out the exact boundary line of one parcel by means of survey.

(2) Terms of the release: The parties agree that Defendants will receive covenants not to sue

for cost recovery claims and contribution protection at specified mine sites, and a covenant not to sue for Natural Resources Damages at one site. The settlement will not include covenants from any State.

(3) Division of insurance proceeds and Bradley Mining income: The parties have reached agreement on the division of all proceeds from insurers of Bradley Mining and on the division of the company's future income.

As provided in the proposed Order below, the parties jointly stipulate and request the Court to: (1) stay all proceedings in this matter, with the exception of any further mediation-related proceedings, until the continued Initial Case Management Conference; and (2) extend the Initial Case Management Conference until August 2, 2010, so that the parties may conclude settlement negotiations regarding the terms of a proposed consent decree. The parties propose to report to the Court by July 6, 2010, regarding case status, prospects of settlement, and case management scheduling, if needed.

IT IS SO STIPULATED.

I attest that concurrence in the filing of this Joint Stipulation and [proposed] Order has been obtained from Mr. Jon K. Wactor, the attorney for Defendants Bradley Mining Company and Frederick Bradley, Trustee for the Worthen Bradley Family Trust.

Dated: April 26, 2010            /s/ Robert D. Mullaney

Robert D. Mullaney
Environmental Enforcement Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
Tel:  (415) 744-6491
Fax:  (415) 744-6476
Attorneys for Plaintiff United States of
 America

Dated: April 26, 2010            /s/ Jon K. Wactor

Jon K. Wactor
Wactor & Wick LLP
180 Grand Avenue, Suite 950
Oakland, California 94612
Tel: (510) 465-5750
Fax: (510) 465-5697
Attorneys for Defendants Bradley Mining

Company and Frederick Bradley, as Trustee of the Worthen Bradley Family Trust

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that:

(1) all proceedings in this matter, with the exception of any further mediation-related proceedings, shall be stayed until the continued Initial Case Management Conference;

(2) the Initial Case Management Conference, which is currently set for 1:30 p.m. on May 3, 2010, shall be continued until 1:30 p.m. on August 2, 2010. ~~or a date thereafter that is set by the Court~~;

(3) the United States' response to the counterclaims is not due until October 4, 2010, 60 days after the continued Initial Case Management Conference;

(4) Bradley Trust's motion for summary judgment, currently scheduled for hearing on June 2, 2010, shall be continued until 10 a.m. on August 30, 2010; and

(5) the parties shall provide a joint report to the Court on case status, prospects of settlement, and case management scheduling, if needed, by July 6, 2010.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:   04/27/10



_____
THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT