IGNACIA S. MORENO
Assistant Attorney General
Environment and Natural Resources Division
U.S. Department of Justice

ROBERT D. MULLANEY (Cal. Bar No. 116441)
Trial Attorney
Environmental Enforcement Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, CA 94105
Tel: (415) 744-6491
Fax: (415) 744-6476
E-mail: Robert.Mullaney@usdoj.gov

Attorneys for Plaintiff United States of America

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BRADLEY MINING COMPANY, ) <br> et al., ) <br> ) <br> Defendants. ) <br> _____ ) | Case No. 3:08-CV-03968 TEH <br><br> JOINT STATUS REPORT, STIPULATION, AND [PROPOSED] ORDER |

On January 4, 2010, Plaintiff United States and Defendants Bradley Mining Company ("Bradley Mining") and Frederick Bradley, as Trustee of the Worthen Bradley Family Trust ("Bradley Trust"), filed separate status reports with the Court. Docket Nos. 40, 41. In its January 2010 status report, the United States had described four open issues it was negotiating with Defendants: the extent of land transfers from the Bradley Trust to the Elem Tribe and United States, the terms of the release provided by the United States to the Defendants, the division of insurance proceeds between the United States and Bradley Mining, and the division of Bradley Mining's annual net income between the United States and Bradley Mining. Docket No. 40 at 4. On April 26, 2010, the parties filed a joint stipulation and proposed order with the Court, stating that the parties had come to agreement but not yet finalized the general terms of a settlement. Docket No. 58 at 2. Pursuant to the stipulation, this Court entered an Order staying proceedings until the Initial Case Management Conference and requiring the parties to provide a joint report on case status, prospects of settlement, and case management scheduling by July 6, 2010. Docket No. 59 at 4. The parties hereby submit this report in response to the Court's Order.

In the past two months, the parties have drafted and exchanged settlement documents to reflect the specific requirements of disbursement of insurance proceeds, division of annual income, land transfers, and covenants associated with the proposed settlement agreement. The parties have significantly narrowed their differences on these issues and continue to make substantial progress toward reaching a final agreement among the United States, the Defendants, and the Elem Tribe. The parties have also agreed to a scheduled meeting in mid-July at the Sulphur Bank Site to finalize proposed lot-line adjustments for one parcel.

As provided in the proposed Order below, the parties jointly stipulate and request the Court to: (1) stay all proceedings in this matter, with the exception of any further mediation-related proceedings, until the continued Initial Case Management Conference; and (2) continue the Initial Case Management Conference until November 1, 2010, so that the parties may conclude settlement negotiations regarding the terms of a proposed consent decree. The parties propose to report to the Court by October 4, 2010, regarding case status, prospects of settlement,

and case management scheduling, if needed.

    IT IS SO STIPULATED.

    I attest that concurrence in the filing of this Joint Status Report, Stipulation, and [proposed] Order has been obtained from Mr. Jon K. Wactor, the attorney for Defendants Bradley Mining Company and Frederick Bradley, Trustee for the Worthen Bradley Family Trust.

Dated: July 1, 2010    /s/ Robert D. Mullaney

    Robert D. Mullaney
    Environmental Enforcement Section
    U.S. Department of Justice
    301 Howard Street, Suite 1050
    San Francisco, California  94105
    Tel:  (415) 744-6491
    Fax:  (415) 744-6476
    Attorneys for Plaintiff United States of America

Dated: July 1, 2010    /s/ Jon K. Wactor

    Jon K. Wactor
    Wactor & Wick LLP
    180 Grand Avenue, Suite 950
    Oakland, California 94612
    Tel: (510) 465-5750
    Fax: (510) 465-5697
    Attorneys for Defendants Bradley Mining Company and Frederick Bradley, as Trustee of the Worthen Bradley Family Trust

## [~~PROPOSED~~] ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that:

(1)    all proceedings in this matter, with the exception of any further mediation-related proceedings, shall be stayed until the continued Initial Case Management Conference;

(2)    the Initial Case Management Conference, which is currently set for 1:30 p.m. on August 2, 2010, shall be continued until 1:30 p.m. on November 1, 2010, or a date thereafter that is set by the Court;

(3)    the United States' response to the counterclaims is not due until January 3, 2011, 60 days after the continued Initial Case Management Conference;

(4)    Bradley Trust's motion for summary judgment, currently scheduled for hearing on

1 | August 30, 2010, shall be continued until 10 a.m. on November 29, 2010; and
2 | (5) the parties shall provide a joint report to the Court on case status, prospects of settlement,
3 | and case management scheduling, if needed, by October 4, 2010.
4 | PURSUANT TO STIPULATION, IT IS SO ORDERED.

6 | Dated:   07/02/10



THELTON E. HENDERSON, JUDGE
UNITED STATES DISTRICT COURT