1  IGNACIA S. MORENO
   Assistant Attorney General
2  Environment and Natural Resources Division
   U.S. Department of Justice
3
   ROBERT D. MULLANEY (Cal. Bar No. 116441)
4  Senior Counsel
   Environmental Enforcement Section
5  U.S. Department of Justice
   301 Howard Street, Suite 1050
6  San Francisco, CA 94105
   Tel:  (415) 744-6491
7  Fax:  (415) 744-6476
   E-mail:  Robert.Mullaney@usdoj.gov
8

9  Attorneys for Plaintiff United States of America

10

11                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF CALIFORNIA
                       SAN FRANCISCO DIVISION
12

13  UNITED STATES OF AMERICA,        )
                                     )   Case No. 3:08-CV-03968 TEH
14              Plaintiff,           )
                                     )
15        v.                         )   JOINT STATUS REPORT,
                                     )   STIPULATION, AND
16  BRADLEY MINING COMPANY,          )   [PROPOSED] ORDER
    et al.,                          )
17                                   )
                Defendants.          )
18  _____ )

19

20

21

22

23

24

25

26

27

28

On January 6, 2011, the parties filed a joint status report, stipulation, and proposed order with the Court, stating that the parties continued to make substantial progress toward a reaching a final agreement but had not yet finalized the terms of a settlement.  Docket No. 65 at 2.  Pursuant to the stipulation, this Court entered an Order staying proceedings until the Initial Case Management Conference and requiring the parties to provide a joint report on case status, prospects of settlement, and case management scheduling by April 8, 2011.  Docket No. 66 at 4.  The parties hereby submit this report in response to the Court's Order.

The proposed settlement encompasses disbursement of insurance proceeds, division of annual income, land transfer, covenants, the scope of releases, and deed notice provisions for the Stibnite Mine site.  On March 21, 2011, counsel for Bradley Mining and Bradley Trust requested a meeting between his clients and the person at the Environmental Protection Agency ("EPA") Region 9 who would be responsible for approving the settlement.  The meeting was requested to discuss unresolved settlement terms that have remained points of contention between the parties since an exchange of settlement documents in February 2011.  As the United States explained to Bradley's counsel on March 23, Jane Diamond, the Director of the Superfund Division, has the authority and responsibility to approve any settlement for EPA Region 9.  However, she would not be back in the office until after April 8, 2011, the filing deadline for this joint status report.  On April 7, the parties agreed that Defendants will meet with Ms. Diamond on April 28, 2011.

Pursuant to the Court's Order, all proceedings in this matter, with the exception of any further mediation-related proceedings, are stayed until the Initial Case Management Conference, which is currently set for 1:30 p.m. on May 9, 2011.  Docket No. 66 at 3.  At this point, the parties are seeking to discuss and resolve the remaining issues between them, and a meeting among the decision makers is scheduled to take place on April 28.  Under these circumstances, the parties would like to request from the Court an additional stay of litigation and a continuance of the Initial Case Management Conference and other deadlines.

IT IS SO STIPULATED.

I attest that concurrence in the filing of this Joint Status Report, Stipulation, and [proposed] Order has been obtained from Mr. Jon K. Wactor, the attorney for Defendants

1 | Bradley Mining Company and Frederick Bradley, Trustee for the Worthen Bradley Family Trust.

2 | Dated:  April 8, 2011            /s/ Robert D. Mullaney

3
4
5
6
7

Robert D. Mullaney
Environmental Enforcement Section
U.S. Department of Justice
301 Howard Street, Suite 1050
San Francisco, California  94105
Tel:  (415) 744-6491
Fax:  (415) 744-6476
Attorneys for Plaintiff United States of
America

8 | Dated:  April 8, 2011            /s/ Jon K. Wactor

9
10
11
12
13

Jon K. Wactor
Wactor & Wick LLP
180 Grand Avenue, Suite 950
Oakland, California 94612
Tel: (510) 465-5750
Fax: (510) 465-5697
Attorneys for Defendants Bradley Mining
Company and Frederick Bradley, as Trustee of the
Worthen Bradley Family Trust

14

15 | **[PROPOSED] ORDER**

16 | GOOD CAUSE APPEARING, IT IS ORDERED that:

17 | (1)     all proceedings in this matter, with the exception of any further mediation-related
18 | proceedings, shall be stayed until the continued Initial Case Management Conference;

19 | (2)     the Initial Case Management Conference, which is currently set for May 9, 2011, at 1:30
20 | p.m., shall be continued until September 12, 2011, at 1:30 p.m., or a date thereafter that is
21 | set by the Court;

22 | (3)     the United States' response to the counterclaims is not due until November 14, 2011, or
23 | 60 days after the date set by the Court for the continued Initial Case Management
24 | Conference;

25 | (4)     Bradley Trust's motion for summary judgment, currently scheduled for hearing at 10 a.m.
26 | on June 13, 2011, shall be continued until 10 a.m. on March 12, 2012, or six months after
27 | the date set by the Court for the continued Initial Case Management Conference; and

28 | (5)     the parties shall provide a joint report to the Court on case status, prospects of settlement,

1    and case management scheduling, if needed, by August 5, 2011.

2

3          PURSUANT TO STIPULATION, IT IS SO ORDERED.

4

5    Dated:    04/11/2011

6                                                    THELTON E. HENDERSON, JUDGE

7                                                    UNITED STATES DISTRICT COURT

8

9                                                    Judge Thelton E. Henderson

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Joint Status Report, Stipulation, and [Proposed] Order - Case No. 3-08-CV-03968 TEH