UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>BRADLEY MINING COMPANY, et al.,<br><br>    Defendants. | Case No. 08-cv-03968 TEH<br><br>[~~PROPOSED~~] **ORDER GRANTING UNOPPOSED MOTION TO WITHDRAW AS COUNSEL FOR THE UNITED STATES** |

Upon due consideration of the unopposed motion for Rochelle L. Russell to withdraw as counsel for Plaintiff and Counter-Defendant United States of America and pursuant to Local Rule 11-5(a), Rochelle L. Russell is withdrawn as counsel for the United States in the above-captioned matter.

**IT IS SO ORDERED.**

Dated: 01/23/2012

_____
Judge Thelton E. Henderson